# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

TREY NONNOMBRE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-792

_____

September 15, 2023

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Manatee County; Frederick P. Mercurio, Judge.

Trey Nonnombre, pro se.

PER CURIAM.

   Affirmed.

NORTHCUTT, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.